```
 1 │ JOHN S. GORDON
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ KATHERINE M. HIKIDA
 4 │ Assistant United States Attorney
   │ Cal. Bar No. 153268
 5 │      Room 7516, Federal Building
   │      300 North Los Angeles Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-2285
 7 │      Facsimile: (213) 894-7819
 8 │ Attorneys for Federal Defendant
   │ JOHN E. POTTER, POSTMASTER GENERAL
 9 │ OF THE UNITED STATES
```

[Stamps: LODGED CLERK, U.S. DISTRICT COURT FEB 26 2002 CENTRAL DISTRICT OF CALIFORNIA DEPUTY; FILED CLERK, U.S. DISTRICT COURT MAR 13 2002 CENTRAL DISTRICT OF CALIFORNIA DEPUTY; ENTERED CLERK, U.S. DISTRICT COURT 03-13-02 MAR 13 2002 CENTRAL DISTRICT OF CALIFORNIA DEPUTY]

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DENISE HAMPTON-GRAY, | ) | NO. CV 01-5154-RSWL(BQRx) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | [PROPOSED] |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL OF THE | ) | |
| UNITED STATES, | ) | Date: February 25, 2002 |
| | ) | |
| Defendant. | ) | Time: 9:00 a.m. |
| | | |
| | | Before the Honorable |
| | | Ronald S.W. Lew |

___ Docketed
___ Copies / Sent
___ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

Defendant's Motion to Dismiss was heard on February 25, 2002, before the Honorable Ronald S.W. Lew, United States District Judge. Plaintiff represented herself in pro per. Defendant was represented by John S. Gordon, United States Attorney, Leon W. Weidman, Assistant United States Attorney, Chief, Civil Division, through Katherine M. Hikida, Assistant United States Attorney.

MAR 13 '02

(37)

1  The Court having considered the papers filed in support of
2  and in opposition to defendant's motion, and having heard
3  argument,

4  IT IS HEREBY ORDERED:

5  1.  Plaintiff's employment discrimination claims on the
6  bases of sex, race, disability, and reprisal are DISMISSED WITH
7  PREJUDICE.

8  2.  Plaintiff shall file a further amended complaint
9  consistent with the foregoing within thirty days after the date
10 of this order if she wishes to proceed with any remaining portion
11 of this case.

12 3.  Defendant shall file an answer, or other response,
13 within thirty days after plaintiff files any further amended
14 complaint pursuant to this order.

15 DATED: _MARCH 12_, 2002.

RONALD S. W LEW
———————————————
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN S. GORDON
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_Katherine M. Hikida_
———————————————
KATHERINE M. HIKIDA
Assistant United States Attorney
Attorneys for Federal Defendant
JOHN E. POTTER, POSTMASTER GENERAL
OF THE UNITED STATES

-2-

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 26, 2002, I served ORDER GRANTING DEFENDANT'S MOTION TO DISMISS on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: February 26, 2002. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

>    Denise Hampton-Gray
>    Post Office Box 3071
>    Covina, CA 91722

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: February 26, 2002, at Los Angeles, California.

SANDRA ESCALANTE